# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS EDWARD SATERLUND, JR.,

        Appellant,

vs.

CHARLENE RENEE BENOIT,

        Respondent.

No. 81347

**FILED**

SEP 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order declining to exercise jurisdiction in a child custody matter. Eighth Judicial District Court, Clark County; Vincent Ochoa, Judge.

This court previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the order was not appealable as a final judgment under NRAP 3A(b)(1) because it contemplated entry of a further order to finally resolve the underlying district court proceedings. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). Appellant has now filed a motion to voluntarily dismiss this appeal. The motion is granted and this court

ORDERS this appeal DISMISSED.

_____ , C. J.
Pickering

20-34296

cc:   Hon. Vincent Ochoa, District Judge
      Roberts Stoffel Family Law Group
      Charlene Renee Benoit
      Eighth District Court Clerk